UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEQUANDRE LONZI HUNT,

    Plaintiff,

  v.

JUSTIN HUNT,

    Defendant.
_____/

Case No. 21-11987

District Judge George C. Steeh
Magistrate Judge David R. Grand

ORDER ADOPTING REPORT AND
RECOMMENDATION (ECF NO. 21) AND DENYING
DEFENDANT'S MOTION TO DISMISS (ECF No. 19)

On April 20, 2022, Magistrate Judge David R. Grand issued a report and recommendation proposing that the court deny Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 4(m). No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Grand's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Grand's report and recommendation (ECF No. 21) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendant's motion to dismiss (ECF No. 19) is DENIED.

Dated:  May 11, 2022

>   s/George Caram Steeh  
>   HON. GEORGE CARAM STEEH  
>   UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 11, 2022, by electronic and/or ordinary mail and also on Dequandre Lonzi Hunt #723993, Bellamy Creek Correctional Facility, 1727 West Bluewater Highway, Ionia, MI 48846.

s/Brianna Sauve  
Deputy Clerk

---